# Statement

Prepared By: RentMyVaHome.com LLC
9201 PEABODY ST
MANASSAS, VA 20110

| Statement Period | Statement Date |
|---|---|
| 5/13/2012 - 5/13/2013 | 5/13/2013 |

Page 1

Jennifer Hainin
10646 Moselle Ct
Manassas, VA 20112

| Previous Balance | Balance Due |
|---|---|
| $5,800.00 | $6,380.00 |

RentMyVaHome.com LLC
Rental Property Made Easy

Account number 00014645
10646 Moselle Ct - 1

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 7/22/2012 | Security and Pet Deposit | | $5,800.00 | $0.00 |
| 8/1/2012 | Rent | $2,900.00 | | $2,900.00 |
| 8/6/2012 | Payment | | $2,900.00 | $0.00 |
| 9/1/2012 | Rent | $2,900.00 | | $2,900.00 |
| 9/5/2012 | September Rent | | $2,900.00 | $0.00 |
| 10/1/2012 | Rent | $2,900.00 | | $2,900.00 |
| 10/8/2012 | October Rent | | $500.00 | $2,400.00 |
| 10/8/2012 | October Rent | | $500.00 | $1,900.00 |
| 10/8/2012 | October Rent | | $500.00 | $1,400.00 |
| 10/8/2012 | October Rent | | $500.00 | $900.00 |
| 10/8/2012 | October Rent | | $500.00 | $400.00 |
| 10/8/2012 | October Rent | | $400.00 | $0.00 |
| 11/1/2012 | Rent | $2,900.00 | | $2,900.00 |
| 11/6/2012 | November Rent | | $500.00 | $2,400.00 |
| 11/6/2012 | November Rent | | $500.00 | $1,900.00 |
| 11/6/2012 | November Rent | | $500.00 | $1,400.00 |
| 11/6/2012 | November Rent | | $500.00 | $900.00 |
| 11/6/2012 | November Rent | | $500.00 | $400.00 |
| 11/6/2012 | November Rent | | $400.00 | $0.00 |
| 12/1/2012 | Rent | $2,900.00 | | $2,900.00 |
| 12/6/2012 | December Rent | | $2,900.00 | $0.00 |
| 1/1/2013 | Rent | $2,900.00 | | $2,900.00 |
| 1/7/2013 | January Rent 2013 | | $400.00 | $2,500.00 |
| 1/7/2013 | January Rent 2013 | | $500.00 | $2,000.00 |
| 1/7/2013 | January Rent 2013 | | $500.00 | $1,500.00 |
| 1/7/2013 | January Rent 2013 | | $500.00 | $1,000.00 |

**Statement**

Prepared By: RentMyVaHome.com LLC
9201 PEABODY ST
MANASSAS, VA 20110

| Statement Period | Statement Date |
|---|---|
| 5/13/2012 - 5/13/2013 | 5/13/2013 |

Page 2

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 1/7/2013 | January Rent 2013 | | $500.00 | $500.00 |
| 1/7/2013 | January Rent 2013 | | $500.00 | $0.00 |
| 2/1/2013 | Rent | $2,900.00 | | $2,900.00 |
| 2/5/2013 | February Rent | | $1,000.00 | $1,900.00 |
| 2/5/2013 | February Rent | | $1,000.00 | $900.00 |
| 2/5/2013 | February Rent | | $900.00 | $0.00 |
| 3/1/2013 | Rent | $2,900.00 | | $2,900.00 |
| 3/6/2013 | March Rent | | $500.00 | $2,400.00 |
| 3/6/2013 | March Rent | | $500.00 | $1,900.00 |
| 3/6/2013 | March Rent | | $500.00 | $1,400.00 |
| 3/6/2013 | March Rent | | $500.00 | $900.00 |
| 3/6/2013 | March Rent | | $500.00 | $400.00 |
| 3/6/2013 | March Rent | | $272.00 | $128.00 |
| 3/6/2013 | March Rent | | $128.00 | $0.00 |
| 4/1/2013 | Rent | $2,900.00 | | $2,900.00 |
| 4/6/2013 | Late Fee April | $290.00 | | $3,190.00 |
| 5/1/2013 | Rent | $2,900.00 | | $6,090.00 |
| 5/6/2013 | Late Fee May | $290.00 | | $6,380.00 |