**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER LYNN HAININ | ) | Case No. 13-11038-RGM |
| | ) | Chapter 7 |
| ------------------------------------------------------- | ) | |
| STEVEN PACKARD | ) | |
| and | ) | |
| MARIE PACKARD | ) | |
| Movants | ) | |
| v. | ) | |
| JENNIFER LYNN HAININ | ) | |
| Responsdent | ) | |

### RESPONSE TO MOTION TO FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Jennifer Lynn Hainin, by counsel, and responds to the Plaintiff's Motion for Relief as follows:

1) It is the Debtor's intention to vacate the property in question on or before June 30, 2013.

2) The Debtor's lease with the Movants was rejected on Schedule G of her bankruptcy schedules.

/s/ Michael J. O. Sandler
Counsel for Jennifer Lynn Hainin


THE LAW OFFICES OF MICHAEL J. O. SANDLER, PLLC


/s/ Michael J. O. Sandler
Michael J. O. Sandler, VSB #46443
12781 Darby Brooke Court, Suite 201
Woodbridge, Virginia 22192
(703) 967-3315
Counsel for Jennifer Lynn Hainin


**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was sent electronically this 18th day June, 2013, to the following:

| | |
|---|---|
| Kevin R. McCarthy, Trustee | Martin J. A. Yeager |
| 1751 Pinnacle Drive, Suite 1115 | Land, Carroll & Blair, P.C. |
| McLean, VA 22102 | 524 King Street |
| | Alexandria, Virginia 22314 |

/s/ Michael J. O. Sandler
Michael J. O. Sandler