**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

---

| | |
|---|---|
| **IN RE:  JENNIFER LYNN HAININ,** ) | |
| ) | |
| Debtor, ) | Case No. <u>13-11038-RGM</u> |
| ) | |
| ) | |
| **STEVEN PACKARD and MARIE PACKARD,** ) | |
| ) | |
| Movant Creditor, ) | Contested Matter No.: <u>12-_____</u> |
| ) | |
| v. ) | |
| ) | |
| **JENNIFER LYNN HAININ**, ) | |
| ) | |
| Debtor, ) | |
| ) | |
| and ) | |
| ) | |
| **KEVIN R. McCARTHY, TRUSTEE**, ) | |
| ) | |
| Chapter 7 Trustee, ) | |
| ) | |
| Respondents ) | |

---

<u>**ORDER TERMINATING AUTOMATIC STAY**</u>

Upon consideration of the Motion For Relief From the Automatic Stay ("Motion") filed herein

by STEVEN PACKARD and MARIE PACKARD (collectively, "Plaintiff"), and good cause having

been shown, it is this _19th_ day of June, 2013, by the United States Bankruptcy Court for the Eastern

District of Virginia, Alexandria Division,

Steven Packard and Marie Packard v. Hainin
Order Terminating Automatic Stay
Case No. 13-11038-RGM
Page 2

ORDERED, that the Motion be, and the same is hereby GRANTED; and it is further

ORDERED, that the automatic stay be, and the same is hereby TERMINATED, allowing the

Plaintiff to exercise its rights under applicable law as to the that certain real property with

improvements thereon located at 10646 Moselle Court, Manassas, (Prince William County),

Virginia 20112, including, but not limited to, the eviction of the debtor and any other occupants

thereof and collection of post-petition debts.

BY THE COURT:

Jun 20 2013                          /s/ Robert G. Mayer
                                     _____
                                     The Honorable Robert G. Mayer
                                     United States Bankruptcy Court for
                                      the Eastern District of Virginia

I ASK FOR THIS:
                                     Entered on Docket:Jun 21 2013

    /s/ Martin J. A. Yeager
_____
Martin J. A. Yeager, VSB # 38303
LAND, CARROLL & BLAIR, P.C.
524 King Street
Alexandria, Virginia  22314
(703) 836-1000; (703) 549-3335 (fax)
myeager@landcarroll.com
Counsel for Steven Packard and Marie Packard

Steven Packard and Marie Packard v. Hainin
Order Terminating Automatic Stay
Case No. 13-11038-RGM
Page 3


Copies to:

Martin J. A. Yeager, VSB # 38303
LAND, CARROLL & BLAIR, P.C.
524 King Street
Alexandria, Virginia  22314
(703) 836-1000; (703) 549-3335 (fax)
myeager@landcarroll.com
Counsel for ORNL Federal Credit Union

Michael Jacob Owen Sandler, Esquire
12781 Darby Brooke Court, Suite 201
Woodbridge, VA 22192
(703) 967-3315
Fax : (703) 494-3323
Email: sandlerlaw@yahoo.com
Counsel for the Debtor

Jennifer Lynn Hainin
10646 Moselle Court
Manassas, Virginia 20112
Debtor

Kevin R. McCarthy, Esquire
1751 Pinnacle Drive, Suite 1115
McLean, Virginia 22102
(703) 770-9261
Chapter 7 Trustee